IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE URBINA-VERGARA | : | |
| *Petitioner* | : | |
| v. | : | Civ No: 26-cv-401 |
| | : | |
| J.L. JAMISON, ET AL., | : | |
| *Respondents*. | : | |

**STIPULATION & ORDER**

Petitioner is a non-citizen who has been detained by immigration authorities and filed this action for a writ of habeas corpus on January 22, 2026 (ECF No. 1). Petitioner also filed a motion for temporary restraining order on January 22, 2026. (ECF No. 2).

To expeditiously resolve the petition and motion, the parties hereby STIPULATE and AGREE to waive the upcoming oral argument on February 11, 2026, and respectfully request that the petition for a writ of habeas corpus be decided on the papers at the Court's earliest convenience.

Accordingly, it is hereby ORDERED:

The Court will decide the petition on the papers.

Dated: February 9, 2026                                Respectfully submitted,

                                                       DAVID METCALF
*/s/ Jose Campos*                                      United States Attorney
Jose C. Campos                                         */s/ Daniella D. Lees*
The Campos Firm                                        Daniella D. Lees
251 E. Broad Street                                    Special Assistant United States Attorney
Bethlehem, PA 18018                                    Eastern District of Pennsylvania
Phone: (610) 868-2230                                  615 Chestnut Street, Suite 1250
Email: jc@jccamposlaw.com                              Philadelphia, PA 19106
                                                       Email: daniella.lees@usdoj.gov

*Counsel for Petitioner*
                                                       *Counsel for Respondents*

STIPULATION APPROVED AND
SO ORDERED THIS 10th DAY OF                            **BY THE COURT:**
FEBRUARY 2026.

                                                        */s/ Nitza I. Quiñones Alejandro*
                                                         **NITZA I. QUIÑONES ALEJANDRO**
                                                         *Judge, United States District Court*