# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSE URBINA-VERGARA,** | : | **CIVIL ACTION** |
| *Petitioner*, | : | |
| | : | **NO. 26-401** |
| **v.** | : | |
| | : | |
| **J.L. JAMISON,** *in his official capacity* | : | |
| *as Warden of Federal Detention Center,* | : | |
| *Philadelphia, et al.,* | : | |
| *Respondents*. | : | |

## ORDER

**AND NOW**, this 22nd day of May 2026, upon consideration of the parties' *Stipulation extending the time for the Government to respond to the motion for attorney fees,* (ECF 11), and for good cause shown, it is hereby **ORDERED** the Stipulation is **APPROVED**.  Accordingly, consistent with the Stipulation, Respondents' time to respond to the motion for attorney's fees is extended to June 30, 2026.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*